No. 89–6287. Burks v. United States; Cannon v. United States; and Puskar v. United States. C. A. 3d Cir. Certiorari denied.

No. 89–6414. Green v. United States. C. A. 3d Cir. Certiorari denied.

No. 89–6429. Newman v. United States. C. A. 6th Cir. Certiorari denied.

No. 89–6692. Griffith v. Rolfs, Superintendent, Twin Rivers Corrections Center. C. A. 9th Cir. Certiorari denied.

No. 89–6792. Duncan v. United States. C. A. 5th Cir. Certiorari denied.

No. 89–6794. Grancorvitz v. Cooke, Superintendent, Kettle Moraine Correctional Institution. C. A. 7th Cir. Certiorari denied.

No. 89–6837. Nettles v. Dugger, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 89–6860. Thomas v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–6887. Terrell v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 89–6899. Santoyo v. United States. C. A. 5th Cir. Certiorari denied.

No. 89–6920. Stull v. United States. C. A. 6th Cir. Certiorari denied.

No. 89–6924. Hernandez v. United States. C. A. 5th Cir. Certiorari denied.

No. 89–6925. Savage v. United States. C. A. 7th Cir. Certiorari denied.

No. 89–6942. Silvers v. United States. C. A. 4th Cir. Certiorari denied.